PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| YVONNE SKIDGEL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:23-cv-02179-KJM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case.  In support of this request, the Commissioner respectfully states as follows:

1.    The Commissioner's response to Plaintiff's Motion for Summary Judgment is due March 29, 2024.  Defendant has not previously received an extension of this deadline.

2.    Plaintiff has raised an argument regarding the longstanding principle of *Chevron* deference based on a pair of cases pending before the United States Supreme Court.  Because *Chevron* deference is fundamental to the Social Security disability framework, Counsel for the Commissioner is in the process of consulting with management and senior attorneys within the agency regarding the defensibility of this issue, as well as any response as appropriate.

3.    Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4.    This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until April 28, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Date: *March 28, 2024*            PRATO & REICHMAN, APC

                    By:    */s/ Caspar Chan for Justin Prato\**
                           JUSTIN PRATO
                           *\*Authorized by email on March 28, 2024*
                           Attorneys for Plaintiff

                           ////
                           ////
                           ////
                           ////
                           ////
                           ////
                           ////
                           ////
                           ////
                           ////
                           ////
                           ///

Date: _March 28, 2024_                                 PHILIP A. TALBERT
                                                       United States Attorney
                                                       Eastern District of California

                                        By:     _/s/ Caspar Chan_____
                                                CASPAR CHAN
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant


                                    ORDER

            APPROVED AND SO ORDERED.


Dated: March 28, 2024

                                        _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE