UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE MIRANDA SKIDGEL, | No. 2:23-cv-02179-DC-EFB (SS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. Nos. 11, 15, 18) |
| Defendant. | |

Plaintiff Yvonne Miranda Skidgel, proceeding with counsel, brings this action seeking judicial review of the Commissioner of Social Security's final decision denying Plaintiff's application for benefits under the Social Security Act. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2025, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment (Doc. No. 11) be granted, that Defendant's cross-motion for summary judgment (Doc. No. 15) be denied, and that the matter be remanded to the Commissioner for further proceedings. (Doc. No. 18.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 10.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

1

de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 6, 2025 (Doc. No. 18) are ADOPTED in full;

2. Plaintiff's motion for summary judgment (Doc. No. 11) is GRANTED;

3. Defendant's cross-motion for summary judgment (Doc. No. 15) is DENIED;

4. This matter is remanded to the Commissioner for further proceedings consistent with the findings and recommendations issued on February 6, 2025 (Doc. No. 18); and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 15, 2025**  

Dena Coggins
United States District Judge

2